EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Extensión de términos por motivo de concesión de los días 23 y 29 de marzo, 23 de noviembre, 24 y 31 de diciembre de 2018, 18 de abril, 18 y 29 de noviembre de 2019 | 2018 TSPR 25 <br><br> 199 DPR ____ |

Número del Caso: EM-2018-06

Fecha: 20 de febrero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos por motivo      EM-2018-06
de concesión de los días 23 y 29
de marzo, 23 de noviembre, 24 y
31 de diciembre de 2018, 18 de
abril, 18 y 29 de noviembre y 24
de diciembre de 2019.

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de febrero de 2018.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa OAJP-2018-032, de 6 de febrero de 2018, con el fin de dar continuidad a las medidas de control de gastos adoptadas por la Rama Judicial a partir del año fiscal 2014-2015. Entre las medidas instituidas se incluyen unas fechas de cierres parciales y totales del Tribunal General de Justicia, hasta el 3 de enero de 2020.

Mediante la Orden Administrativa OAJP-2018-032, los siguientes días serán de cierre total en la Rama Judicial: el 23 y 29 de marzo de 2018, el 23 de noviembre de 2018, 24 y 31 de diciembre de 2018, 18 de abril de 2019, 18 y 29 de noviembre de 2019, y 24 de diciembre de 2019. Durante un cierre total los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado, estando disponibles mediante llamada, salvo los jueces de turno de San Juan y Bayamón, que trabajarán conforme al plan de trabajo especial que sea aprobado a esos fines.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerarán los días decretados como cierres totales como si fueran feriados. Cualquier término que venza durante esos días, se extenderá al día laborable siguiente.

Se ordena la difusión pública inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Juan Ernesto Dávila Rivera
                                  Secretario del Tribunal Supremo